# Exhibit A

| | |
|---|---|
| xy-autoparts | yucheng8025217@163.com |
| Huizon Auto Accessories Store | 1437179375@qq.com |
| SCISUITTECH | 1511403354@qq.com |
| aqep7932 | 1554299769@qq.com |
| Shop1102327104 Store | 18319990826wyy@sina.com |
| Encounter CN | 18937189782@126.com |
| 10USD Store | 274987001@qq.com |
| YIKA Car Official Store | 452478984@QQ.com |
| Shop1102193261 Store | 474068328@qq.com |
| carmoon8 | 565932751@qq.com |
| An_apo_an Automotive Supplies Store | 963123370@qq.com |
| LEPAI | 978669152@qq.com |
| good good 001 Store | a15080171126@163.com |
| Decorative plaque11 Store | a15160276230@163.com |
| Shop1100156059 Store | A18505942229@163.com |
| HUAJIEAUTO | amz13213777757@163.com |
| BOBOAUTO | amz15713777757@163.com |
| Shop1102351535 Store | aqjp6u@163.com |
| qinpuyinwangluo | asjcup89ax63@163.com |
| dengzhoushibeishunshangmaoyouxiangongsi | beishunshangmao888@163.com |
| Zishengqindianzi | bibi171687@163.com |
| Dolphin shop | bizha771311@163.com |
| XIAOXIAO2022 Store | blizq42@163.com |
| wall sign 11 Store | c18650210160@163.com |
| KUN DA | caimeiqing6789@outlook.com |
| qiangjueyaomao | changtuiju6261@163.com |
| Purple flower shop | chunquan648754@163.com |
| taiyuanjitutekejiyouxiangongsi | colsr625imx82@163.com |
| Shenzhen CustPrint Store | custprint@163.com |
| shanxizhuoaoqianxinxikejiyouxiangongsi | cwwog92@163.com |
| 911 High Quality T-SHIRT Store | cx33911@163.com |
| Dai boss mall | daiqing19821106@163.com |
| qionghaishiyuemasangshangmaoyouxiangongsi | dingxige84073@163.com |
| DiezhenTi | dk5131kdww3192@163.com |
| MeetMei2020 | dlqianchengusa@sina.com |
| HuKeqQiang | eb4922mhac696@163.com |
| Shop1102337801 Store | eby90a@163.com |
| Jueshuanquan | eh1582twcf122@163.com |
| Shop1102349591 Store | ehq25g@163.com |
| ilanshhtjyrjt | enye718@163.com |
| dengzhoushifanaoshangmaoyouxiangongsi | fanao_vip@163.com |

| | |
|---|---|
| zhitengdamaoyiyouxiangongsi | fd370lbgv5733@163.com |
| Shop1102314285 Store | gaochong860912@outlook.com |
| WangPeiDongDeDian | genm5ymx@163.com |
| jinlindedainpu | gongjinlingl@163.com |
| pingfei | guojinping1108@126.com |
| kunhanbaihuoshanghang | guoyubudedianpu@outlook.com |
| Shenzhen Ruoxi Maternal | h9bks364ms@163.com |
| 15153481sjshgb | heirandi203@163.com |
| zhongjiededianpu | huangzhongjiez@163.com |
| USA -- motor home | huying23534@163.com, zhangzihao5452@163.com |
| Herber Store | iwqjm38@163.com |
| Shop1102174767 Store | jdjrjp@163.com |
| beijietuwen | jiangliao19670212@163.com |
| tai yuan yi pin ji mao yi you xian gong si | jianglidaitao@outlook.com |
| mmayaohui312 | jianmao202206@163.com |
| xiaoxinxindemaozhuadian | jiaozhuang491@163.com |
| Shop1102186973 Store | jingjingadming12@163.com |
| ShenMin25 | jjd116nda@163.com |
| niuweiya | jlq976ulg@163.com |
| AK006 Store | kate3989@aliyun.com |
| Fisherlululu01 Store | laurel10288@163.com |
| Shop910756003 Store | lin8437yanqiao@163.com |
| pituruidianzi | linghuang78691662@163.com |
| linli niubi234 | linli20220926@163.com |
| AhhPepus | linzefu8596@outlook.com |
| shuangfengxianrulinshangdian | liurulinnud297@163.com |
| Triumph Mall | liuxiyu19640716@163.com |
| yihandianzishangwudianpu | luoyihanhl@163.com |
| Hopepo | luyon7664093@163.com |
| Shop1102306856 Store | m18312835013@126.com |
| chengmaizhuojuekejiyouxiangongsi7731 | m5164695bishaoz@163.com |
| FunnyPrintShirt Store | m6iy04@163.com |
| Hanerpudianzi | meidi02955@163.com |
| Shop1102352540 Store | mhk88t@163.com |
| cxnd6414 | mugecxw@gmail.com, 460674588@qq.com |
| LJ Electronic Co., Ltd. | mui3noc8wyec@163.com |
| jinyuandedianpu | nijinyuan223@163.com |
| Hard Tiger has a car supply store Store | paerqismqjd@163.com |
| Shop5972498 Store | phone0034@163.com |
| yaodanghengdianzi | pvf863aum@163.com |

| | |
|---|---|
| putuoxianwangluo | qiaozailan1772706@163.com |
| meglio Store | qlsl0115@163.com |
| CARSKY Store | QLYF22RYD01@163.com |
| kalixuntra0 | rktie792@163.com |
| LEIZIMAOYI | rukaiyor@163.com |
| guaioutongshangmao | saw005mcm@163.com |
| Senmiqiche Store | senmi2021@126.com |
| yangyynb | shang75647662@163.com |
| Shop4633008 Store | shanghua_ac@163.com, dhl4290061005@163.com, huashang_ad@163.com |
| binshhahii | shaqi395577@163.com |
| beautiful sticker Store | shejishi1314@126.com |
| ANDAEKA | shengbaous@163.com, limh0007@163.com |
| Kyson Store | smt111aaa@163.com |
| taiyuanchenjiaolulai | soujiuchao@163.com |
| JDGOU Store | stsgv25@163.com |
| VANTEET Store | sujuncheng161@163.com |
| Shop1102253723 Store | sumai00004@163.com |
| FSJJGWTUYII | sunjiazheng0306@outlook.com |
| SoulParter | sunnyxu882018@163.com |
| shuangguisi | tanshun3144@163.com |
| Huizhou Changjiu Clothing Co., Ltd. | ti4y15mwr3pt@163.com |
| TubanOutdoor | tuban00us@sina.com |
| qiao mall | txianqiao999@163.com |
| wangsixiao12300 | unsmorspsp405@163.com, nnzrwe494ts83@163.com, sgp31645253g@163.com, mvhmeb63xr49@163.com |
| 5448094 Store | vipliwei2025@163.com |
| pku.7 Store | w3qk89@163.com |
| wxy0909 | wangxiuyan0825@163.com |
| ErNa Wei | weie636rnan@163.com |
| CHENWEINIANDEDIANPUGEW | whcar12@outlook.com |
| jueqiangbomaoyiyouxiangongsi | wn411iajj8341@163.com |
| niuqiang22028 | wq123456896030370@163.com |
| ARUIDA | wrn51h@163.com |
| 11+11 Store | wtlq142@yeah.net |
| Bayline-Fashion Store | wtlq18@163.com |
| JM Digital Co., Ltd. | wu5d428tsdmu@163.com |
| Taiyuanshiwujueguimaoyiyouxiangongsi | wulu8038326@163.com |
| Shop1102341350 Store | wyy18319990826@yeah.net |

| | |
|---|---|
| Boutique clothing B1 Store | xb339111@163.com |
| xiayushangmaoxiaopu | xiayuhan1009@163.com |
| shanxibaohuaqingkeshangmaoyouxiangongsi | xj396dhmr5997@163.com |
| Shop1102348147 Store | xsw03f@163.com |
| LIAOZHENG | yamaxun101701@163.com |
| nixuelin | ybtem2789tly99@163.com |
| daishulong | ydd147mlw@163.com |
| AKZHAOSUANG12DEDDIANPU45 | yin03322221181@163.com |
| Taiyuanxianjundadianzi | yiopdt049go243@163.com |
| AoonuAuto | yunniukj@163.com |
| QTMFudzi | yuxi455524@163.com |
| Shop1102253714 Store | yya282422@163.com |
| zhangweusdfjkl | zhaixian19740815@163.com |
| guangjieshangpu | zhangguangjie3627@163.com |
| zhangxinyu115 | zhangxinyu115115@163.com |
| xiaozhenbaihuojinping | zhaolikun2341@163.com |
| Zhaofeng Accessories | zhaopengfeng2022@163.com |
| Luyao Store | zhu834779646@163.com |
| Zengshixuan | zhufu26331@163.com |
| letao-us | zhujiletao@outlook.com |
| | zhouyu7006@gmail.com |
| | ebi@sherinianlaw.net |