# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

General Motors LLC

                              Plaintiff,

v.                                      Case No.: 1:23−cv−00111

                                        Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 11, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 4/11/2023. Counsel for Defendant LEPAI appeared, no other defendant appeared. For the reasons stated on the record, the motion for entry of default, motion for default judgment [44] is granted. An updated default judgment order excluding Defendant LEPAI is to be submitted. A telephone status hearing is set for 5/25/2023 at 9:00 a.m. To join the telephone conference, dial 877−402−9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.